UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

                                         Case No. 2:18-cr-42-1

v.

                                         HON. JANET T. NEFF

MARY KATHLEEN REY,

    Defendant.

_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on February 19, 2019 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (ECF No. 39) is approved and adopted as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Four of the Indictment.

3.    The written plea agreement is hereby continued under advisement pending sentencing.


Dated: March 6, 2019                         /s/ Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge